[60 NE3d 403, 38 NYS3d 509]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RICKETTS, Appellant.

Decided September 8, 2016

### APPEARANCES OF COUNSEL

*Lynn W.L. Fahey, Appellate Advocates*, New York City (*Denise A. Corsi* of counsel), for appellant.

*Kenneth P. Thompson, District Attorney*, Brooklyn (*Michael L. Brenner* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Defendant's sole argument, concerning whether the trial court followed the proper procedure for permitting witnesses to testify anonymously, is unpreserved for our review.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.